JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LUA, | Case No. CV 23-3202 FMO (PVCx) |
| Plaintiff, | |
| v. | **JUDGMENT RE: ATTORNEY'S FEES** |
| BELLFLOWER UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

Pursuant to 20 U.S.C. § 1415(i)(3) and the Court's Order Re: Attorney's Fees, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT defendant Bellflower Unified School District shall pay plaintiff Kimberly Lua's attorney's fees in the amount of $135,696.46.

Dated this 28th day of January, 2025.

/s/
Fernando M. Olguin
United States District Judge